ANDREW BENSON, Respondent, v. CHARLES HANSON, Individually, and as General Agent of District Council of New York City, of the United Brotherhood of Carpenters and Joiners of America, Appellant.— Order granting motion for injunction *pendente lite* modified by striking out the words " and from removing or suspending the plaintiff as a member of Local Union No. 2236 of the District Council of New York City, United Brotherhood of Carpenters and Joiners of America, or from fining the plaintiff as such a member for the use of the aforesaid mechanical hoist." As so modified the order is affirmed, without costs. In the moving papers there is nothing to indicate that defendant threatens or intends to fine or to expel the plaintiff from membership in Local Union No. 2236. Lazansky, P. J., Young, Carswell and Davis, JJ., concur; Scudder, J., not voting.

HELEN CLAIRE BLANK, Appellant, v. JAMES J. BROWNE, as Park Commissioner of the Borough of Brooklyn, Defendant, and HARRY D. SHEA, Respondent.— Order confirming report of official referee unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Davis, JJ.

HARRIETTE BLOCK, an Infant, by SOPHIE BLOCK, Her Guardian ad Litem, Respondent, v. EMPIRE STATE DOUGHNUT CORPORATION, Defendant, and HYMAN BOGNER, Appellant.— Order denying motion of defendant Bogner to dismiss amended complaint as against h`m reversed upon the law, with ten dollars costs and disbursements, and complaint as to him dismissed, with ten dollars costs. The mother was not acting as the agent of her child when she purchased the doughnuts, and consequently there was no privity of contract between the infant plaintiff and said defendant. (*Redmond* v. *Borden's Farm Products Co., Inc.*, 245 N. Y. 512; *Smith* v. *Hanson*, 228 App. Div. 634; *Zotto* v. *Merkel Brothers, Inc.*, 229 id. 793.) Lazansky, P. J., Young and Scudder, JJ., concur; Davis, J., concurs in result upon the authorities cited but is not in accord with the principles stated; Carswell, J., dissents.

JAMES CASTLE, Respondent, v. CITY OF MOUNT VERNON, Appellant.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

EDWARD C. DE BOLD, Respondent, v. JOHN A. JOYCE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

WILLIAM A. DE GROOT, Appellant, v. BROOKLYN DAILY TIMES, Respondent. (Appeal No. 1.) — Order modified by striking out the direction for service of a new amended complaint, and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell and Scudder, JJ., concur; Davis, J., dissents and votes for reversal.

WILLIAM A. DE GROOT, Respondent, v. BROOKLYN DAILY TIMES, Appellant. (Appeal No. 2.) — Order denying defendant's motion to dismiss amended complaint reversed upon the law, with ten dollars costs and disbursements, and complaint dismissed, with ten dollars costs. In our opinion the complaint does not state facts sufficient to constitute a cause of action. Lazansky, P. J., Young, Carswell and Scudder, JJ., concur; Davis, J., dissents.